IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:01CR153 |
| JESUS SANCHEZ and FELIPE SANCHEZ, | ORDER FOR DISMISSAL |
| Defendant. | |

Pursuant to the Motion of the United States, ECF No. 33, leave of court is granted for the filing of the dismissal of the Indictment against Jesus Sanchez and Felipe Sanchez.

IT IS ORDERED that the Motion to Dismiss the Indictment, ECF No. 33 is granted, and the Indictment, ECF No. 1, is dismissed, without prejudice.

Dated this 11th day of January, 2018.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge